IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: PROMULGATION OF : NO. 492
FINANCIAL REGULATIONS :
PURSUANT TO ACTS 40 AND : JUDICIAL ADMINISTRATION
44 OF 2017 : DOCKET

## ORDER

**PER CURIAM**:

AND NOW, this 22nd day of December, 2017, it is Ordered, pursuant to Article V, Section 10(c) of the Constitution of Pennsylvania and 42 Pa.C.S. § 3502(a), that the Court Administrator of Pennsylvania is authorized to promulgate the attached Financial Regulations. The Financial Regulations are effective immediately.

To the extent that notice of proposed rulemaking may be required by Pa.R.J.A. No. 103(a), the immediate promulgation of the regulations is hereby found to be in the interests of efficient administration. *See* Pa.R.J.A. No. 103(a)(3).

This Order is to be processed in accordance with Pa.R.J.A. No. 103(b) and is effective immediately.